IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| LINDA S. BEEMAN, | : | |
| *as Surviving Mother of* Joshua P. Nickel | : | |
| and *as Personal Representative of* | : | |
| the Estate of Joshua P. Nickel | : | |
| 12750 Vale Summit Road SW | : | |
| Frostburg, Maryland 21532 | : | State Court Case No. C-01-CV-23-000317 |
| | : | |
| and | : | |
| | : | |
| KARL E. NICKEL, | : | Civil Case No. _____ |
| *as Surviving Father of* Joshua P. Nickel | : | |
| 30 Depot Street | : | |
| Frostburg, Maryland 21532 | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| THE SHREDDER CO., LLC | : | |
| 7380 Doniphan Drive | : | |
| Canutillo, Texas 79835 | : | |
| | : | |
| and | : | |
| | : | |
| THE SHREDDER CO., L.P. | : | |
| 6800 Market Avenue | : | |
| El Paso, Texas 79915 | : | |
| | : | |
| and | : | |
| | : | |
| NEWELL RECYCLING | : | |
| EQUIPMENT, LLC | : | |
| 1020 S. Mesa Hills Drive, Apt. 5205 | : | |
| El Paso, Texas 79912 | : | |
| | : | |
| and | : | |
| | : | |
| NEWELL RECYCLING COMPANY | : | |
| OF EL PASO, L.P. | : | |
| P.O. Box 2867 | : | |
| Fredericksburg, Texas 78624 | : | |
| | : | |
| Defendants. | : | |

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
1101 WOOTTON PARKWAY SUITE 700
ROCKVILLE, MARYLAND 20852

TELEPHONE 301-340-2020

21935570_1

## NOTICE OF REMOVAL

TO:   Clerk of the Court for the United States District Court for the District of Maryland

Defendants The Shredder Co., LLC, The Shredder Co., L.P., Newell Recycling Equipment, LLC, and Newell Recycling Company of El Paso, L.P., by counsel, hereby remove the action styled as *Linda S. Beeman, et al. v. Allegany Scrap, Inc., et al.*, Case No. C-01-CV-23-000317, from the Circuit Court for Allegany County, Maryland to the United States District Court for the District of Maryland, pursuant to 28 U.S.C. §§ 1441(b) and 1446.

1. Plaintiffs Linda S. Beeman, as a survivor of Joshua P. Nickel and Personal Representative of the Estate of Joshua P. Nickel, filed this action in the Circuit Court for Allegany County, Maryland on September 7, 2023.

2. Plaintiff's Complaint was filed on September 7, 2023 and served on Defendants January 8, 2024.

3. All named defendants have been served.

4. The Circuit Court for Allegany County is located within the United States District Court for the District of Maryland, Northern Division. Venue is proper in this court because it is "this district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served on Defendants are combined and collectively attached hereto as **Exhibit A**.

6. The above-captioned matter is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity jurisdiction) and is one that may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(a), in that it is a civil action, brought in a state court, in which the matter in controversy exceeds the sum or value of seventy-five thousand dollars ($75,000), exclusive of interest and costs, and is between citizens of different states.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
1101 WOOTTON PARKWAY SUITE 700
ROCKVILLE, MARYLAND 20852

TELEPHONE 301-340-2020

21935570_1

7. Plaintiffs are citizens of Maryland. Compl. at 1.

8. Defendant The Shredder Co., LLC is a Texas LLC whose members are citizens of Texas and Florida.

9. Defendant The Shredder Co., L.P. is a Texas partnership whose partners are citizens of Texas and Florida.

10. Defendant Newell Recycling Equipment, LLC is a Texas LLC whose members are citizens of Texas and Florida.

11. Defendant Newell Recycling Company of El Paso, L.P. is a Texas partnership whose members are citizens of Texas and Florida.

12. Defendant Allegany Scrap was removed from the case by summary judgment in an order issued May 13, 2025.

13. Plaintiffs seek over seventy-five thousand dollars ($75,000.00) in damages, exclusive of interest and costs, in this action. Compl. at 15.

14. All named defendants remaining in the case consent to removal of this action.

15. Defendants will file the requisite written notice in the Circuit Court for Allegany County, Maryland, and will provide it to Plaintiffs and all other parties. See **Ex. B**.

16. Written notice of the filing of this Notice of Removal also will be given to Plaintiffs and all other parties consistent with the below Certificate of Service.

17. By removing this action from the Circuit Court for Allegany County, Maryland, Defendants do not waive any defenses available to them.

18. By removing this action from the Circuit Court for Allegany County, Maryland, Defendants do not admit any of the allegations in the Complaint.

19. No previous application has been made for the relief requested here.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
1101 WOOTTON PARKWAY SUITE 700
ROCKVILLE, MARYLAND 20852

TELEPHONE 301-340-2020

21935570_1

Respectfully submitted,

By:   */s/ E. Andrew Cole*
E. Andrew Cole, Bar No. 15892
1101 Wootton Parkway, Suite 700
Rockville, Maryland 20852
Direct: 301-838-3218
Fax: 301-354-8118
ecole@steinsperling.com

By:   */s/ Joseph M. Moeller*
Joseph M. Moeller, Bar No. 21682
1101 Wootton Parkway, Suite 700
Rockville, Maryland 20852
Direct: 301-838-3237
Fax: 301-354-8137
jmoeller@steinsperling.com

*Counsel for Defendants The Shredder Co., LLC, The Shredder Co., L.P., Newell Recycling Equipment, LLC, and Newell Recycling Company of El Paso, L.P.*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of June, 2025, a copy of the foregoing was served via the Court's electronic filing system on:

Jason C. Buckel
T. Lee Beeman
Buckel, Levasseur, Pillai & Beeman, LLC
206 Washington Street
Cumberland, Maryland 21502
blplaw@atlanticbbn.net
lbeeman@blpblaw.com
*Counsel for Plaintiffs*

  */s/ E. Andrew Cole*
E. Andrew Cole (Bar No. 15892)

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
1101 WOOTTON PARKWAY SUITE 700
ROCKVILLE, MARYLAND 20852

TELEPHONE 301-340-2020

21935570_1